1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10

MARCEL FORD,

Case No. CV 21-00088-DMG (MAR)

11

Plaintiff,

12

v.

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

13

UNKNOWN, ET AL.,

14

Defendants.

15
16
17

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the

18 relevant records on file, and the Report and Recommendation of the United States

19 Magistrate Judge.  The Court has engaged in de novo review of those portions of the

20 Report to which Plaintiff has objected.  The Court accepts the findings and

21 recommendation of the Magistrate Judge.

22

**IT IS THEREFORE ORDERED** that:

23

(1) Defendants' Motion to Dismiss is **DENIED** with respect to Plaintiff's

24

excessive force claim against Defendant Negrete;

25

(2) Defendants' Motion to Dismiss is **GRANTED** with respect to Plaintiff's

26

failure to protect claims against Defendants Cole and Cates; and

27

(3) Plaintiff's failure to protect claims are dismissed without leave to amend.

28

1   Defendants shall file a responsive pleading to the remaining claims in the Third

2   Amended Complaint within fourteen days.  Fed. R. of Civ. P. 12(a)(4)(A).

3

4

5   DATED:  September 23, 2022

6                                            DOLLY M. GEE
7                                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           2