JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL FORD, | Case No. CV 21-0088-DMG (MAR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNKNOWN, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ORDERED** that judgment is entered in favor of Defendants and against Plaintiff.

DATED: April 29, 2024

_____
DOLLY M. GEE
Chief United States District Judge